## CHAMPLIN REFINING COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

### No. 2909.

Circuit Court of Appeals, Tenth Circuit.

Nov. 13, 1944.

Harry O. Glasser, of Enid, Okl., for petitioner.

Samuel O. Clark, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

## Forrest Raymond PHILLIPS, Appellant, v. CITY OF ATLANTA et al., Appellees.

### No. 11024.

Circuit Court of Appeals, Fifth Circuit.

Oct. 20, 1944.

Young H. Fraser, of Atlanta, Ga., for appellant.

Bond Almand, of Atlanta, Ga., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

This case is affirmed on the authority of Murphy v. California, 225 U.S. 623, 32 S. Ct. 697, 56 L.Ed. 1229, 41 L.R.A.,N.S., 153; Friedman v. City of Atlanta, 189 Ga. 862, 7 S.E.2d 911; Woodward v. City of Lithonia, 191 Ga. 234, 11 S.E.2d 476; Thompson v. City of Clarkston, 63 Ga.App. 772, 11 S.E.2d 508.

Affirmed.

## Oivind LORENTZEN, Director and Curator of Shipping of the Royal Norwegian Government, Claimant of the BILL, Appellant, v. BRAZIL OITICICA, Inc., Appellee.

### No. 5312.

Circuit Court of Appeals, Fourth Circuit.

Nov. 20, 1944.

Carver W. Wolfe, of New York City (Hatch & Wolfe, of New York City, and Ritchie, Janney, Ober & Williams and Robert W. Williams, all of Baltimore, Md., on the brief), for appellant.

Henry N. Longley, of New York City (Bigham, Englar, Jones & Houston, of New York City, and Lord & Whip and George W. P. Whip, all of Baltimore, Md., and F. Herbert Prem, of New York City, on the brief), for appellee.

Before SOPER and DOBIE, Circuit Judges, and HARRY E. WATKINS, District Judge.

PER CURIAM.

The judgment in this case is affirmed for the reasons set forth in the opinion of the District Judge, 47 F.Supp. 969.

Affirmed.